UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BOARMAN, | No. 2:11-CV-2825 KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

The parties jointly request a court-convened settlement conference during Settlement Week.  Accordingly, a settlement conference has been scheduled before the Honorable Kendall J. Newman on **June 13, 2014** at 9:00 a.m. in Courtroom #25.  The parties are directed to file a signed Waiver of Disqualification with the court no later than **May 30, 2014**.

In anticipation of the settlement conference, the parties are directed to exchange non-confidential settlement statements.  The statements must be exchanged no later than seven days before the conference and must be simultaneously delivered to the court using the following email address: kjnorders@caed.uscourts.gov.  If a party desires to supplement the court with a confidential statement, it may do so pursuant to the provisions of Local Rule 270(d) and (e).  The parties are also reminded that each must be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter on any terms. *See* L.R. 270.

1

1           IT IS SO ORDERED.

2   DATED: May 2, 2014.

                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BOARMAN,<br><br>         Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>         Defendants. | No. 2:11-CV-2825 KJM KJN<br><br><br>WAIVER OF DISQUALIFICATION |

Under Local Rule 270(b) of the Eastern District of California, the parties to the herein action affirmatively request that Magistrate Judge Newman direct the settlement conference scheduled for June 13, 2014.  To the extent the parties consent to trial of the case before the assigned Magistrate Judge, they waive any claim of disqualification to the assigned Magistrate Judge trying the case thereafter.

By: _____
    Attorney for plaintiff

Dated:_____


By: _____
    Attorney for defendants

Dated:_____

3