# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BOARMAN, an individual, | Case No.: 2:11-CV-02825-KJM-KJN |
| Plaintiff, | **ORDER** |
| vs. | |
| COUNTY OF SACRAMENTO; CITY OF RANCHO CORDOVA; OFFICER BARRY (Badge 828); and DOES 1 THROUGH 100, inclusive, | |
| Defendants. | |

After considering the Stipulation by and between the parties through their counsel of record, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff is granted leave to substitute Officer Manuel Konstantinidis for Doe defendant 1 in the Second Amended Complaint;

2. As agreed by the parties, plaintiff may serve defendant Konstantidinis through Cregger & Chalfant LLP; and

3. Defendant Konstantinidis shall respond to the Second Amended Complaint no later than within ten calendar days of service.

1

**IT IS SO ORDERED.**

Dated: June 4, 2014.

_____
UNITED STATES DISTRICT JUDGE

2