**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III** (SBN 118694)
**MANOLO H. OLASO** (SBN 195629)
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Fax: (916) 444-5558

Attorneys for Plaintiff
ANDREA BOARMAN

**CREGGER & CHALFANT LLP**
ROBERT CHALFANT (SBN 203051)
Email: rlc@creggerlaw.com
WENDY MOTOOKA (SBN 233589)
Email: wm@creggerlaw.com
1030 G Street
Sacramento, CA 95814
Phone: (916) 443-4443
Fax: (916) 443-2124

Attorney for Defendants
OFFICER SEAN BARRY and OFFICER
MANUEL KONSTANTINIDIS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BOARMAN, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; CITY OF RANCHO CORDOVA; OFFICER BARRY (Badge 828); and DOES 1 THROUGH 100, inclusive,<br><br>          Defendants. | Case No.: 2:11-CV-02825-KJM-KJN<br><br>**Stipulation and Order to Continue Settlement Conference**<br><br>Settlement Conference: December 2, 2014<br>Time: 9:00 a.m.<br>Courtroom: 25, 8th Floor |

Stipulation and [Proposed] Order to Continue Settlement Conference
Case No.: 2:11-CV-02825-KJM-KJN

1

Whereas, a settlement conference date of December 2, 2014 at 9:00 a.m. was chosen for the parties;

Whereas the settlement conference is before the Honorable Kendall J. Newman;

Whereas, not all parties are available on December 2, 2014;

Whereas, all parties are available on December 5, 2014 for settlement conference, and such date is available on the Court's calendar;

Whereas, good cause exists to modify the order setting the settlement conference date;

Therefore, the parties hereby stipulate, by and through their counsel of record whose signatures appear below, that the date for the settlement conference shall be continued to December 5, 2014 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: November 21, 2014      /s/ Manolo Olaso
                              Manolo Olaso
                              Law Offices of Johnny L. Griffin, III
                              Attorneys for Plaintiff ANDREA BOARMAN

Dated: November 21, 2014      /s/ Robert Chalfant
                              ROBERT CHALFANT
                              CREGGER & CHALFANT
                              Attorneys for Defendants
                              (e-signature expressly authorized on 11/21/2014)

### ORDER

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. The settlement conference in this matter shall be continued from December 2, 2014, to December 5, 2014, at 9:00 a.m.;

2. Settlement conference statements are due on November 28, 2014.

////

1    IT IS SO ORDERED.

2  Dated: November 24, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com